IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE E. PRZYBYLSKI,<br>Plaintiff<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br>Defendant | No.: 07 C 7134<br><br>Judge: DOW<br><br>Magistrate Judge: BROWN<br><br>JURY TRIAL DEMAND |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 21, 2007, I served a hard copy of the summons and Complaint in the above captioned case via certified mail to the following parties and individuals:

Hon. John E. Potter, Postmaster General
475 L'Enfant Plaza SW
Washington DC 20260-0010

Hon. Michael B. Mukasey
Attorney General of the United States
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Honorable Patrick Fitzgerald
United States Attorney for the Northern District of Illinois
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604

Respectfully submitted,

By: /s/ Yvonne C. Ocrant
Yvonne C. Ocrant
ARDC No. 6270381
HINSHAW & CULBERTSON LLP
222 North LaSalle Street Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
yocrant@hinshawlaw.com

6266070v1 880539