## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Leslie E. Przybylski

                Plaintiff,

v.                                       Case No.: 1:07−cv−07134
                                          Honorable Robert M. Dow Jr.

John E Potter

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Status hearing held on 2/20/2008. Rule 26 disclosures to be exchanged by 3/14/08. Fact discovery to be completed by or on 8/15/08.Status hearing set for 9/4/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.