IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LESLIE E. PRZYBYLSKI,**<br>**Plaintiff**<br><br>v.<br><br>**JOHN E. POTTER, Postmaster General,**<br>**Defendant** | No.: 07 C 7134<br><br>Judge: DOW<br><br>**JURY TRIAL DEMAND** |

### MOTION FOR LEAVE ATO WITHDRAW AS PLAINTIFF'S COUNSEL

ALEXANDER Z. FIEDOTJEW and YVONNE C. OCRANT ("Counsel"), attorneys for LESLIE E. PRZYBYLSKI, Plaintiff in the above-captioned matter, move this Court, pursuant to Local Rule 83.17, for leave to withdraw as counsel for Plaintiff in this matter, and in support thereof state as follows:

1. On December 19, 2007, Counsel filed the above-captioned matter at Plaintiff's request.

2. All parties in this matter have been served and have filed their appearance with this Court.

3. Defendant filed its answer on February 19, 2008.

4. An initial statu hearing was held on February 20, 2008. Subsequent to this hearing, the Court entered an Order Establishing a discovery completion date of August 15, 2008 and setting a status hearing for September 4, 2008.

5. Plaintiff has advised Counsel that she lacks the funds necessary to reimburse Counsel for the costs of discovery and to pay reasonable attorneys fees. Moreover, differences have arisen between lead attorney Alexander Z. Fiedotjew and Plaintiff that can not be reconciled.

6314193v1 880539

6. In two telephone conversations between Plaintiff and MR. Fiedotjew, Plaintiff advised him that she was seeking representation by another attorney. Counsel are unaware as to whether or not Plaintiff has retained new counsel.

7. On April 12, 2008, MR. Fiedotjew notified Plaintiff by certified U.S. Mail of his intent, and that of Ms. Ocrant, to seek leave to withdraw as her counsel of record. The U.S. Postal Service return receipts indicated Plaintiff received this letter on April 14, 2008.

WHEREFORE:

Counsel respectfully request that this Court enter an Order allowing their Motion to Withdraw as Counsel for Plaintiff, and granting Plaintiff reasonable time to appear with substitute counsel.

Respectfully submitted,

By: /s/ Yvonne C. Ocrant

Yvonne C. Ocrant
ARDC No. 6270381
HINSHAW & CULBERTSON LLP
222 North LaSalle Street - Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000      (312) 704-3001 fax
yocrant@hinshawlaw.com

Alexander Z. Fiedotjew
ARDC No. 6273871
The Law Office of Alexander Z. Fiedotjew
122 South Michigan Avenue – Suite 1720
Chicago, Illinois 60603
(312) 588-1785      (773) 286-8275 fax
alexzf@azflaw.com

6314193v1 880539