IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LESLIE E. PRZYBYLSKI,**<br>Plaintiff<br><br>v.<br><br>**JOHN E. POTTER, Postmaster General,**<br>Defendant | No.: 07 C 7134<br><br>Judge: DOW<br><br>**JURY TRIAL DEMAND** |

## NOTICE OF MOTION

TO:   Attached Service List

PLEASE TAKE NOTICE that on May 8, 2008 at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr. in Room 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present a Motion for Leave to Withdraw as Counsel, a copy of which is attached hereto and is hereby served upon you.

Respectfully submitted,

By: /s/ Yvonne C. Ocrant

Yvonne C. Ocrant
ARDC No. 6270381
HINSHAW & CULBERTSON LLP
222 North LaSalle Street - Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000     (312) 704-3001 fax
yocrant@hinshawlaw.com

Alexander Z. Fiedotjew
ARDC No. 6273871
The Law Office of Alexander Z. Fiedotjew
122 South Michigan Avenue – Suite 1720
Chicago, Illinois 60603
(312) 588-1785     (773) 286-8275 fax
alexzf@azflaw.com

6314183v1 880539

Hon. John E. Potter, Postmaster General
475 L'Enfant Plaza SW
Washington DC 20260-0010

Hon. Michael B. Mukasey
Attorney General of the United States
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Honorable Patrick Fitzgerald
United States Attorney for the Northern District of Illinois
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE E. PRZYBYLSKI,<br>Plaintiff<br><br>v.<br><br><br>JOHN E. POTTER, Postmaster General,<br>Defendant | No.: 07 C 7134<br><br>Judge: DOW<br><br>Magistrate Judge: BROWN<br><br>JURY TRIAL DEMAND |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2008, I served a hard copy of the Motion for Leave to Withdraw as Plaintiff's Counsel in the above captioned case U.S. Mail to the following parties and individuals:

Hon. John E. Potter, Postmaster General
475 L'Enfant Plaza SW
Washington DC 20260-0010

Hon. Michael B. Mukasey
Attorney General of the United States
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Honorable Patrick Fitzgerald
United States Attorney for the Northern District of Illinois
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604

                                            Respectfully submitted,

                                  By:  /s/ Yvonne C. Ocrant

Yvonne C. Ocrant
ARDC No. 6270381
HINSHAW & CULBERTSON LLP
222 North LaSalle Street Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
yocrant@hinshawlaw.com

6266070v1 880539