# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7134 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Przybylski vs. Potter | | |

**DOCKET ENTRY TEXT**

Motion of Alexander Z. Fiedotjew and Yvonne C. Ocrant to withdraw as Plaintiff's counsel [13] is granted. Notice of Motion date of 5/8/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|