APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: LESLIE PRZYBYLSKI
(Please print)

STREET ADDRESS: 108 S. Walnut St.

CITY/STATE/ZIP: Palatine IL 60067

PHONE NUMBER: (847) 991-1308

CASE NUMBER: 07 CV 7134

_____   6/4/08
Signature                         Date

FILED
JUN 0 4 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT