UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Leslie E. Przybylski
                 Plaintiff,

v.                                        Case No.: 1:07−cv−07134
                                        Honorable Robert M. Dow Jr.

John E Potter
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has before it Plaintiff's motion for appointment of counsel [19]. Although Plaintiff has completed items 1 through 3, she did not answer item 4, which pertains to her financial status and requires the completion of an application for leave to proceed in forma pauperis. Because the Court cannot evaluate the motion without the information required in item 4, the motion is denied without prejudice. Plaintiff is directed to file an amended motion for appointment of counsel, along with an application for leave to proceed in forma pauperis detailing Plaintiff's financial status.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.