UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LESLIE E. PRZYBYLSKI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7134 |
| | ) | |
| v. | ) | |
| | ) | Judge Dow |
| JOHN POTTER, Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Postmaster General, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves to dismiss pursuant to Fed. R. Civ. P. 41, and in support thereof states as follows:

1. This is an employment discrimination case. Plaintiff is proceeding *pro se,* her retained counsel having withdrawn.

2. Plaintiff's deposition was noticed for July 29, 2008. On the morning of the scheduled deposition, the undersigned received a telephone message from plaintiff, stating that she would not be appearing for the deposition because she had decided not to pursue this litigation any further.

WHEREFORE, defendant requests that this case be dismissed.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**DEFENDANT'S MOTION TO DISMISS**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on September 3, 2008, to the following non-ECF filers:

Leslie E. Przybylski
108 South Walnut Street
Palatine, Illinois 60067

By: s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov