UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE E. PRZYBYLSKI, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 7134 |
| ) | |
| v. ) | Judge Dow |
| JOHN E. POTTER, Postmaster General, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Leslie E. Przybylski
      108 South Walnut Street
      Palatine, Illinois 60067

PLEASE TAKE NOTICE that on Thursday, September 11, 2008, at 9:15 a.m., I will appear before Judge Dow in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **Defendant's Motion to Dismiss,** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on September 3, 2008, to the following non-ECF filers:

  Leslie E. Przybylski
  108 South Walnut Street
  Palatine, Illinois 60067


             By: s/ Jonathan C. Haile
                JONATHAN C. HAILE
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 886-2055
                jonathan.haile@usdoj.gov