UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Leslie E. Przybylski
                        Plaintiff,

v.                                            Case No.: 1:07−cv−07134
                                                   Honorable Robert M. Dow Jr.

John E Potter
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has before it Defendant's motion to dismiss [21], in which counsel for Defendant states that on the morning of Plaintiff's scheduled deposition, counsel received a telephone message from Plaintiff stating that she would not be appearing for the deposition because she had decided not to pursue this litigation any further. Plaintiff is directed to advise the Court in writing on or before 9/18/08 whether she wishes to pursue this case. In light of the representations in Defendant's motion, failure to respond by the due date will be construed as a lack of desire on Plaintiff's part to continue in this litigation and will result in dismissal of this case. Notice of motion date of 9/11/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.